**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: GigaMedia Access Corporation

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   d/b/a Giga Trust

3. **Debtor's federal Employer Identification Number (EIN)**: 54-1986099

4. **Debtor's address**

   **Principal place of business**
   607 Herndon Parkway
   Suite 302
   Herndon, VA 20170
   
   County: _____

   **Mailing address, if different from principal place of business**
   
   **Location of principal assets, if different from principal place of business**

5. **Debtor's website (URL)**: https://www.gigatrust.com/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  GigaMedia Access Corporation                    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))
☑ None of the above

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5 4 1 6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When ___/___/_____ Case number _____
                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                                                MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    GigaMedia Access Corporation                    Case number (if known)_____
          Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City                                State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____     Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☑ I have been authorized to file this petition on behalf of the debtor.
- ☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/27/2019
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  Chief Restructuring Officer

John DiDonato
Printed name

**18. Signature of attorney**

X _____   Date  11/27/19
Signature of attorney for debtor            MM / DD / YYYY

Printed name  Jeffrey M. Schlerf
Firm name  Fox Rothschild LLP
Number Street  919 N. Market St. Suite 300
City  Wilmington, DE     State  DE     ZIP Code  19801
Contact phone  302 654-7444     Email address  jschlerf@foxrothschild.com
Bar number  3047     State  DE

# GIGAMEDIA ACCESS CORPORATION

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

November 26, 2019

The undersigned, being the sole member of the Board of Directors (the "Board") of GigaMedia Access Corporation, a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law (as amended from time to time) and the Bylaws of the Company (as amended from time to time), do hereby adopt and approve, effective as of the date set forth above, the following resolutions (the "Resolutions"), which shall have the same force and effect for all purposes as if such action had been taken and adopted at a formal meeting:

**WHEREAS**, the Board has reviewed the materials presented by Mr. John DiDonato, the Company's Chief Restructuring Officer (the "CRO") and has held numerous discussions with the legal and other advisors to the Company regarding the liabilities, obligations, and liquidity situation (including current and future liquidity needs) of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the businesses and operations of the Company;

**WHEREAS**, the Board has had the opportunity to consult with the CRO and the legal and other advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board has reviewed and considered the advice and recommendations of the CRO and the Company's legal and other advisors as to the relative risks and benefits of filing for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT**:

**RESOLVED**, that, in the best judgment of the Board, it is desirable and in the best interests of the Company and its creditors, equityholders, employees, and other parties-in-interest, that the Company file, or cause to be filed, a voluntary petition for relief under the provisions of chapter 7 of the Bankruptcy Code (the case so commenced, the "Chapter 7 Case");

**RESOLVED**, that Mr. John DiDonato, the CRO, and any individual specifically designated by the CRO (together with the CRO, the "Authorized Officers") be, and hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to (i) execute and file, or cause to be executed and filed, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as any Authorized Officer executing the same shall determine, all petitions, schedules, lists, motions, applications, pleadings, and other necessary papers or documents, including any amendments thereto; and (ii) take any and all actions, and perform any and all further deeds, that he deem necessary, advisable, or appropriate to obtain relief

under the provisions of chapter 7 of the Bankruptcy Code or in connection with the Chapter 7 Case, with a view to the successful prosecution of the Chapter 7 Case.

**RESOLVED**, that in addition to the specific authorizations hereto conferred upon the Authorized Officers, each of them hereby is authorized, directed, and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including filing fees, in each case as such Authorized Officer shall determine in his or her business judgment to be necessary, advisable, or appropriate to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein, or to fully accomplish any and all actions taken in connection with the Chapter 7 Case;

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were adopted, are hereby in all respects approved, confirmed, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned sole member of the Board of Directors has duly executed this Unanimous Written Consent of the Board of Directors of the Company as of the date first set forth above.

By: _____
Name: Matthew Kahn
Title:   Sole Member of the Board of Directors

*[Signature Page to Unanimous Written Consent of the Board of Directors of GigaMedia Access Corporation]*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| GigaMedia Access Corporation | ) ) | Case No. 19-_____ (__) |
| Debtor. | ) ) ) | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holders | Address of Equity Holder | Class / Kind of Interest | Percentage of Equity Held |
|---|---|---|---|
| GigaMedia Holdings Corporation | 1209 Orange Street, Wilmington, DE 19801 (registered address) | Common Stock and Prefered Stock | 100% |

---

[1] The information provided herein is based on documents available to the Debtor and its management at the time of filing.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| GigaMedia Access Corporation ) | Case No. 19-_____ (___) |
| ) | |
| Debtor. ) | |
| ) | |

## CORPORATE OWNERSHIP STATEMENT[2]

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| GigaMedia Holdings Corporation | 100% |

---

[2] The information provided herein is based on documents available to the Debtor and its management at the time of filing.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: GigaMedia Access Corporation |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (If known): _____ |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration: List of Equity Security Holders & Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/27/2019
MM / DD / YYYY

X _/s/ John DiDonato_
Signature of individual signing on behalf of debtor

John DiDonato
Printed name

Chief Restructuring Officer
Position or relationship to debtor

## List of Creditors[1]

| Creditor Name | Creditor Address |
|---|---|
| 21Vianet.com | No.10 Jiuxianqiao East Road, Chaoyang District, Beijing, PRC |
| Aha! Labs Inc | 20 Gloria Cir Menlo Park, CA, 94025-3556 |
| Aimee King | Information unavailable |
| Andrew Johnson | Information unavailable |
| Baker Botts LLP | 30 Rockefeller Plaza, New York, New York 10112-4498 |
| Brad Gandee | Information unavailable |
| Carnevale | Information unavailable |
| Christopher Letcher | Information unavailable |
| Cindy Flowers | Information unavailable |
| Consensus Interactive, LLC | 560 Harrison Ave., Suite 404 Boston, MA  02118-2697 US |
| Cox Business | 3080 Centreville Road Herndon, VA 20171 |
| Crystal Financial | Two International Place 17th Floor Boston, MA 02110 |
| Cumulus Investors LLC | 2829 University SE, Suite 650, Minneapolis, MN 55414 |
| Dan DiMaria | Information unavailable |
| Daniel Bernardi | Information unavailable |
| David Kesick | 45546 Whitcomb Square, Dulles, VA 20166 |
| DrinkMore Water, Inc. | Information unavailable |
| Erik Aastad | Information unavailable |
| Farhan Ahmad | Information unavailable |
| FedEx | Information unavailable |
| H.B. Woolfalk & Associateds, P.C. | 113 Walworth Avenue Scarsdale, New York  10583 |
| H/F Water Dragon LLC | 8230 Leesburg Pike, Suite 620 Tysons Corner, VA 22182 |

[1] The information presented herein reflects the best information available to the current director and officers of GigaMedia Access Corporation (the "Debtor").  Neither the Debtor nor its officers or director make any representations or warranties, express or implied, as to the accuracy or completeness of the information contained herein.

- 1 -

| Creditor Name | Creditor Address |
|---|---|
| Harry Piccariello | 20993 Nightshade Place, Ashburn, VA 20147 |
| Hartford | ONE COLLEGE PARK, INDIANAPOLIS, IN 46268-093 |
| Hubspot | Information unavailable |
| Huron Consulting Group | 550 W. Van Buren Street Chicago, Illinois 60607 |
| Jake King | Information unavailable |
| Jesse Vaughan | Information unavailable |
| John Shalam | 126 Wheatley Rd, Old Westbury, NY 11568 |
| John Suit | Information unavailable |
| Joy Nemitz | Information unavailable |
| Kimberly Hwang | Information unavailable |
| Les Potter | Information unavailable |
| Louis Pizzoli | Information unavailable |
| Mark Filanowicz | Information unavailable |
| Memory Blue | Information unavailable |
| Mert Turgut Calik | Calik Holding, Istanbul Turkey |
| Michael Taldo | Information unavailable |
| Nihat Cardak | 13306 Sturno Drive Cifton, VA 20124 |
| Paint Masters | Information unavailable |
| Qi Chen | Information unavailable |
| Robert Bernardi | Information unavailable |
| RSA Conference 2020 | RSA Conference 2020 c/o Nth Degree Inc. 3237 Satellite Boulevard, Suite 600 Duluth, Georgia 30096-8931 |
| Safiullah Hameed | Information unavailable |
| salesforce.com | Information unavailable |
| Shlomi Yanai | 11606 Magruder ln, Rockville, MD 20852 (410)322-1537 |
| Signarama | Information unavailable |
| State of Delaware | Information unavailable |
| Sunil Chandra | Information unavailable |

| Creditor Name | Creditor Address |
|---|---|
| SVY LLC | 11606 Magruder In, Rockville, MD 20852 (410)322-1537 |
| Ted Bagheri | Information unavailable |
| Unbound | 25 Efal st. Beit Amot Platinum Petach Tikva 4951125 Israel |
| United Security & Communications, Inc | Information unavailable |
| Vinh Luong | Information unavailable |
| World Total Return Fund, LLLP | 233 E. Redwood Street suite 100 Baltimore, MD 21202 |
| Yang Li | Information unavailable |
| Zintel Public Relations LLC | Information unavailable |