IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 7 |
| GIGAMEDIA ACCESS CORPORATION, ) | |
| ) | |
| Debtor. ) | Case No. 19-12537 (KG) |
| ) | |

Obj. Deadline: December 27, 2019 @ 4:00 p.m.
Hearing Date: January 6, 2019 @ 2:00 p.m.

**TRUSTEE'S MOTION FOR ENTRY OF
AN ORDER EXTENDING THE DEBTOR'S DEADLINE
TO FILE (I) LIST OF CREDITORS; AND (II) SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Jeoffrey L. Burtch, the interim Chapter 7 trustee (the "Trustee") in the above-captioned case, hereby moves this Court for the entry of an order pursuant to Sections 105(a) and 521 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et. Seq. (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the time within which the Debtor must file its (i) list of creditors (the "Creditor List"); and (ii) Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement" and together with the Creditor List and Schedules, the "Required Filings"), through and including January 30, 2020. In support of the Motion, the Trustee respectfully represents as follows:

**JURISDICTION**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On November 27, 2019, the Debtor filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

3. On December 4, 2019, Jeoffrey L. Burtch was appointed as the Interim Chapter 7 Trustee in the case.

## RELIEF REQUESTED AND BASIS FOR RELIEF

4. By this Motion, the Trustee seeks the entry of an order, pursuant to Sections 105(a) and 521(a) of the Bankruptcy Code and Bankruptcy Rule 1007(a) and (c), extending the time within which the Debtor must file the Required Filings, through and including January 30, 2020.

5. Bankruptcy Rule 1007(c) provides: "In a voluntary case, the schedules, statements, and other documents required by subdivision (b)(1), (4),(5), and (6) shall be filed with the petition or within 14 days thereafter…" The initial deadline to file the Creditors List, and the Debtor's Schedules and Statements was December 16, 2019 (the "Filing Deadlines") [D.I. 3].

6. Bankruptcy Rule 1007(a)(5) and (c) provides that the Court may extend the time period for the filing of the Required Filings by a motion filed with the Court.

7. The Trustee has worked diligently to obtain information regarding the case and the Debtor's operations and is attempting to secure the financial information so that the Required Filings may be filed. The Trustee respectfully submits that cause exists to extend the time to file the Required Filings.

8. Courts in this district routinely grant the same or similar relief in other cases. *See, e.g.*, *In re Highlands Arkansas Holdings, LLC*, Case No. 16-11330 (LSS) (Bankr. D. Del. June 23, 2016) (D.I. 46); *In re Intervention Energy Holdings, LLC*, Case No. 16-11247 (KJC) (Bankr.D. Del. June 7, 2016) (D.I. 74) (granting thirty-day extension for Schedules and Statement); *In re Northshore Mainland Servs. Inc.*, Case No. 15-11402 (KJC) (Bankr. D. Del. July 30, 2015)

(granting thirty-day extension for Schedules and Statement); *In re LCI Holding Co.*, Case No. 12-13319 (KG) (Bankr. D. Del. Jan. 10, 2013) (D.I. 150) (granting thirty-day extension for Schedules and Statement).

9. Based on the foregoing, the Trustee submits the relief requested is necessary and appropriate, is in the best interest of the estate and creditors and should be granted.

WHEREFORE, the Trustee respectfully requests that this Court enter the Proposed Order, granting the relief requested herein and such other and further relief as may be appropriate.

        LAW OFFICE OF SUSAN E. KAUFMAN, LLC

        */s/ M. Claire McCudden*
        M. Claire McCudden, (DSB# 5036)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420
        (302) 792-7420 Fax
        cmccudden@skaufmanlaw.com

        Proposed counsel to Jeoffrey L. Burtch, Chapter 7 Interim Trustee

Dated: December 12, 2019