**2002 SERVICE LIST**
**GIGAMEDIA ACCESS CORPORATION**
**Case No. 19-12537 (KG)**

| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
|---|---|
| Office of the U.S. Trustee | Jeffrey M. Schlerf, Esquire |
| J. Caleb Boggs Federal Building | Fox Rothschild LLP |
| 844 King Street, Room 2312, Lockbox 35 | Citizens Bank Center, Suite 300 |
| Wilmington, DE 19801 | 919 North Market Street |
| | P.O. Box 2323 |
| | Wilmington, DE 19899-2323 |