IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| GIGAMEDIA ACCESS CORPORATION, | * | Case No. 19-12537-KG (Chapter 7) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Lawrence D. Coppel, and the firm of Gordon Feinblatt LLC, hereby enter their appearance in the above-captioned case as counsel to World Total Return Fund, LLLP and request, pursuant to Bankruptcy Rule 9010(b), that the Clerk of this Court enter the following name and address on the general matrix for this case, and request that copies of all notices and pleadings, whether given pursuant to Bankruptcy Rule 2002 or otherwise, be sent to the undersigned at the following address:

> Lawrence D. Coppel, Esquire
> Gordon Feinblatt LLC
> 233 East Redwood Street
> Baltimore, Maryland  21202
> (410) 576-4238 Phone
> (410) 576-4196 Fax
> E-mail: lcoppel@gfrlaw.com

Dated: December 16, 2019	/s/ Lawrence D. Coppel
	Gordon Feinblatt LLC
	233 East Redwood Street
	Baltimore, Maryland  21202
	(410) 576-4238
	(410) 576-4196- fax
	lcoppel@gfrlaw.com

	Attorneys for World Total Return Fund, LLLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2019, a copy of the foregoing Entry of Appearance and Request for Notices was sent via CM/ECF electronic mail to the following:

>Jeffrey M. Schlerf, Esquire
>Fox Rothschild LLP
>Citizens Bank Center, Suite 300
>919 North Market Street
>P.O. Box 2323
>Wilmington, DE 19899-2323
>Email: jschlerf@foxrothschild.com
>
>M. Claire McCudden, Esquire
>Law Office of Susan E. Kaufman, LLC
>919 North Market Street, Suite 460
>Wilmington, DE 19801
>Email: cmccudden@skaufmanlaw.com

and by first-class mail, postage prepaid, to:

>Jeoffrey L. Burtch, Chapter 7 Trustee
>P.O. Box 549
>Wilmington, DE 19899
>
>U.S. Trustee
>Office of the United States Trustee
>J. Caleb Boggs Federal Building
>844 King Street, Suite 2207
>Lockbox 35
>Wilmington, DE 19801

/s/ Lawrence D. Coppel