# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| GIGAMEDIA ACCESS CORPORATION, | ) |
| | ) Case No. 19-12537 (KG) |
| | ) |
| | ) **Re: Docket No. 8** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that as of the date hereof, she has received no answer, objection or other responsive pleading to the ***Trustee's Motion for Entry of an Order Extending the Debtor's Deadline to File (I) List of Creditors; and (II) Schedules of Assets and Liabilities and Statements of Financial Affairs*** [Docket No. 8], filed on December 12, 2019 ("Application"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than December 27, 2019 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Dated: January 2, 2020

Proposed counsel to Jeoffrey L. Burtch,
Chapter 7 Interim Trustee