IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | * | Chapter 7 |
| | * | |
| GIGAMEDIA ACCESS CORPORATION, | * | Case No. 19-12537-KG |
| | * | |
| Debtor. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * * |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

R. Patrick Vance, and the firm Jones Walker LLP, hereby enter their appearance in the above-captioned case as counsel to Cumulus Investors, LLC and request, pursuant to Bankruptcy Rule 9010(b), that the Clerk of this Court enter the following name and address on the general matrix for this case, and request that copies of all notice and pleadings, whether given pursuant to Bankruptcy Rule 2002 or otherwise, be sent to the undersigned at the following address:

JONES WALKER LLP
R. Patrick Vance
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170
Tel:   (504) 582-8194
Fax:   (504) 589-8194
pvance@joneswalker.com

Dated: January 29, 2020

*/s/ R. Patrick Vance*
R. Patrick Vance (LA Bar Roll No. 13008)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Tel:   (504) 582-8194
Fax:   (504) 589-8194
pvance@joneswalker.com

Attorney for Cumulus Investors, LLC

{N3959383.1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2020, a copy of the foregoing Entry of Appearance and Request for Notices was sent via CM/ECF electronic mail to the following:

> Jeffrey M. Schlerf, Esquire
> Fox Rothschild LLP
> Citizens Bank Center, Suite 300
> 919 North Market Street
> P.O. Box 2323
> Wilmington, DE 19899-2323
> Email:  jschlerf@foxrothschild.com
>
> M. Claire McCudden, Esquire
> Law Office of Susan E. Kaufman, LLC
> 919 North Market Street, Suite 460
> Wilmington, DE 19801
> Emil:  cmccudden@skaufmanlaw.com

and by first-class mail, postage prepaid, to:

> Jeoffrey L. Burtch, Chapter 7 Trustee
> P.O. Box 549
> Wilmington, DE 19899
>
> U.S. Trustee
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207
> Lockbox 35
> Wilmington, DE 19801

*/s/ R. Patrick Vance*
R. Patrick Vance
JONES WALKER LLP

{N3959383.1}