IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GIGAMEDIA ACCESS CORPORATION, | ) | Case No. 19-12537 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Choate, Hall & Stewart LLP and Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearance in the above-captioned cases as counsel to Crystal Financial LLC  ("Crystal"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **CHOATE, HALL & STEWART LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP** |
|---|---|
| John F. Ventola | Derek C. Abbott (No. 3376) |
| Jonathan D. Marshall | Joseph C. Barsalona II (No. 6102) |
| Two International Place | 1201 N. Market St., 16th Floor |
| Boston, Massachusetts 02110 | Wilmington, DE 19801 |
| Telephone:    (617) 248-5000 | Telephone: (302) 658-9200 |
| Facsimile:    (617) 248-4000 | Facsimile:  (302) 658-3989 |
| Email:    jventola@choate.com | Email:    dabbott@mnat.com |
|             jmarshall@choate.com |             jbarsalona@mnat.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and/or Local Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Crystal: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Crystal is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, consent by Crystal to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is

determined that the Court, absent consent of Crystal, as applicable, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: June 23, 2020
Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
Derek C. Abbott (No. 3376)
Joseph C. Barsalona II (No. 6102)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
Email:    dabbott@mnat.com
          jbarsalona@mnat.com

-and-

John F. Ventola (*pro hac vice* pending)
Jonathan D. Marshall (*pro hac vice* pending)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Telephone:    (617) 248-5000
Facsimile:    (617) 248-4000
Email:        jventola@choate.com
              jmarshall@choate.com

*Counsel for Crystal Financial, LLC*