IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| GIGAMEDIA ACCESS CORPORATION, | Case No. 19-12537 (KBO) |
| Debtor. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John F. Ventola of Choate, Hall & Stewart LLP, Two International Place, Boston Massachusetts 02110, to represent Crystal Financial LLC in the above-captioned cases and any related proceedings.

Dated: June 23, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: jbarsalona@mnat.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the States of Massachusetts and New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 23, 2020

*/s/ John F. Ventola*
John F. Ventola
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email:    jventola@choate.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.