**AMENDED**

# United States Bankruptcy Court
## District of Delaware

In re **GigaMedia Access Corporation** Debtor(s)

Case No. **19-12537-KBO**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Consultant to the Estate of the Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 20, 2020**

Brett Anderson

**Brett Anderson**/**Consultant to the Estate of the Debtor**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

CRYSTAL FINANCIAL LLC AS TERM AGENT
TWO INTERNATIONAL PLACE
17TH FLOOR
BOSTON, MA 02110

CHOATE HALL & STEWART LLP
C/O JOHN VENTOLA
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

AIMEE KING
4509 MADISON STREET
RIVERDALE, MD 20737

HARRY PICCIARELLO
22513 VERDE GATE TERRACE
ASHBURN, VA 20148

JOY NEMITZ
20283 ISLAND VIEW COURT
POTOMAC FALLS, VA 20165

TED BAGHERI
7502 BRICKYARD ROAD
POTOMAC, MD 20854

STATE OF DELAWARE FRANCHISE TAX
DIVISION OF CORPORATIONS
PO BOX 898
DOVER, DE 19903

AHA! LABS INC
20 GLORIA CIRCLE
MENLO PARK, CA 94025-3556

ANAND A. KEKRE
C801 PRIDE PANORAMA BAHIRATWADI, SHIVAJINAGAR
PUNE 411016 INDIA

ANKUR PANCHBUDHE
A205, BEVERLY HILLS, PANCARD CLUB ROAD
BANER PUNE 411045 MAHARASHTRA INDIA

ANLAGE INFOTECH (INDIA) P LTD
5TH FL ELECTRIC MANSION, APPASAHEB MARATHE MARG
PRABHADEVI, MUMBAI, INDIA 400025

BAKER BOTTS LLP
ATTN: LYNN NEILS
30 ROCKEFELLER CENTER
NEW YORK, NY 10112-4498

BEIJING 21VIANET BROADBAND DATA CENTER CO LTD
12-14F, BUILDING 6, NO.6, JIUXIANQIAO ROAD, BEIJING ELECTRONICS ZONE, CHAOYANG DISTRICT,BEIJING, 100015

CONSENSUS INTERACTIVE, LLC
198 MARLBOROUGH ST
BOSTON, MA 02118

COX COMMUNICATIONS
3080 CENTREVILLE ROAD
HERNDON, VA 20171

CUMULUS INVESTORS LLC
2829 UNIVERSITY SE, SUITE 650
MINNEAPOLIS, MN 55414

DRINKMORE WATER, INC.
7595-A RICKENBACKER DRIVE
GAITHERSBURG, MD 20879

FEDEX
13500 EDS DR
HERNDON, VA 20171

H.B.WOOLFALK & ASSOCIATES PC
113 WALWORTH AVE
SCARSDALE, NY 10583-1140

H/F WATER DRAGON LLC
9230 LEESBURG PIKE
SUITE 620
VIENNA, VA 22182

HARRY PICCIARELLO
22513 VERDE GATE TERRACE
ASHBURN, VA 20148

HUBSPOT
25 FIRST STREET 2ND FLOOR
CAMBRIDGE, MA 02141

INFRAWARE INC
19F DAERUNG TECHNO TOWN 18TH
19 GASAN DIGITAL 1-RO
GEUMCHEON-GU
SEOUL 08594 KOREA

JACOB KING
4509 MADISON STREET
RIVERDALE, MD 20737

JESSE VAUGHAN
15301 LIMESTONE RD
LEESBURG, VA 20176

JOHN SHALAM
126 WHEATLEY RD
OLD WESTBURY, NY 11568

JOY NEMITZ
20283 ISLAND VIEW COURT
POTOMAC FALLS, VA 20165

MARK LOEWENSTEIN
12512 WHITE DRIVE
SILVER SPRING, MD 20904

MEMORY BLUE
7925 JONES BRANCH DRIVE
SUITE 4100
TYSONS, VA 22102

MERT TURGUT CALIK
CALIK HOLDING
BÜYÜKDERE CADDESI NO: 163 34394 ZINCIRLIKUYU, ŞIŞLI - İSTANBUL, TURKEY

NIHAT CARDAK
13306 STURNO DRIVE
CLIFTON, VA 20124

PAINT MASTERS
1725 ASCOT WAY UNIT I
RESTON, VA 20190

PISULA FAMILY TRUST DATED 9/10/2010
43547 FIRESTONE PL
LEESBURG, VA 20176

ROBERT P BERNARDI
1210 SUFFIELD DRIVE
MCLEAN, VA 22101

DANIEL LOWENTHAL
PATTERSON BELKNAP WEBB & TYLER LLP
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

RSA CONFERENCE 2020
NTH DEGREE - RSA LOCKBOX 116368 100 SOUTH CREST DRIVE
STOCKBRIDGE, GA 30281

SALESFORCE.COM
SALESFORCE TOWER
415 MISSION STREET
3RD FLOOR
SAN FRANCISCO, CA 94105

SAMVAD PARTNERS
62/1 PALACE ROAD
VASANTHNAGAR BENGALURU
560 001 INDIA

SHLOMO YANAY
11606 MAGRUDER LANE
ROCKVILLE, MD 20852

SIGNARAMA
316 VICTORY DR
HERNDON, VA 20170

SVY LLC
11606 MAGRUDER LANE
ROCKVILLE MD 20852

TATA CAPITAL INNOVATIONS FUND
1101 TOWER A PENINSULA BUSINESS PARK
MUMBAI 400 013 INDIA

PACHULSKI STANG ZIEHL & JONES, LLP
ATTN: GREG DEMO, ESQ.
780 THIRD AVE., 34TH FL.
NEW YORK, NY 10017

TED BAGHERI
7502 BRICKYARD ROAD
POTOMAC, MD 20854

THE BLUM FAMILY FOUNDATION INC
233 E REDWOOD STREET SUITE 100
BALTIMORE, MD 21202

LAWRENCE D COPPEL, ESQUIRE
233 E REDWOOD STREET
BALTIMORE, MD 21202

UNBOUND TECH LTD.
25 EFAL ST BEIT AMOT PLATINUM
PETACH TIKVA 4951125
ISRAEL

UNITED SECURITY & COMMUNICATIONS INC
5415 SOUTHERN MARYLAND BLVD
LOTHIAN, MD 20711

VAULTIZE TECHNOLOGIES PRIVATE LIMITED
OFFICE NO. 908/909, TEERTH TECHNOSPACE, PUNE BANGALORE HIGHWAY, BANER
PUNE 411045 INDIA

WORLD TOTAL RETURN FUND, LLLP
233 E. REDWOOD STREET SUITE 100
BALTIMORE, MD 21202

ZINTEL PUBLIC RELATIONS LLC
140 CYPRESS STATION DR SUITE 217
HOUSTON, TX 77090

ANLAGE INFOTECH (INDIA) P LTD
5TH FL ELECTRIC MANSION, APPASAHEB MARATHE MARG
PRABHADEVI, MUMBAI, INDIA 400025

BEIJING 21VIANET BROADBAND DATA CENTER CO LTD
12-14F, BUILDING 6, NO.6, JIUXIANQIAO ROAD, BEIJING ELECTRONICS ZONE, CHAOYANG
DISTRICT,BEIJING, 100015

CORESITE LP
12100 SUNRISE VALLEY DRIVE
RESTON, VA 20191

SOVRAN ACCOUNTING SERVICES
13306 STURNO DRIVE

CLIFTON, VA 20124

ANTHEM BLUE CROSS
2015 STAPLES MILL RD
RICHMOND, VA 23230

ARTHUR M CARLIN
6603 JILL CT
MCLEAN, VA 22101-1613

CHARLES SCHWAB (PRIDDY TRUST)
9101 W. ATLA DRIVE #1001
LAS VEGAS, NY 89145

DOUMAR MARTIN PLLC
1530 WILSON BLVD
UNIT 430
ARLINGTON, VA 22209

FOLEY HOAG LLP
155 SEAPORT BOULEVARD
BOSTON, MA 02210-2600

IMPACT SOFTWARE SOLUTIONS INC
12001 CREEKBEND DR
RESTON, VA 20194

IPFS
462 SOUTH 4TH STR
#1700
MEIDINGER TOWER
LOUISVILLE, KY 40202-2509

JAMES TAYLOR
20868 CHANNEL CT
POTOMAC FALLS, VA 20165

JOSEPH LAWN
3214 N. 19TH ROAD
ARLINGTON, VA 22201

JOSEPH POTASHNIK RETAINER
111 BROADWAY #901
NEW YORK, NY 10006

MARGARET LIT
C/O ANEW LIFE CENTER
7535 EAST HAMPDEN AVENUE SUITE 352
DENVER, CO 80231

MATTHEW KAHN
36 BRUSH HILL ROAD
NEWTON, MA 02461

MESIROW INSURANCE SERVICES, INC.
29278 NETWORK PLACE
CHICAGO, IL 60673-1292

MILBANK LLP
55 HUDSON YARDS
NEW YORK, NY 10001-2163

PROACTIVE PATENTS
955 GARDEN PARK DRIVE
ALLEN, TX 75013

RICHARD CUNNINGHAM
1330 CONNECTICUT AVE NW #700
WASHINGTON, DC 20036

ROBIN BROOKS
300 SOUTH POINT DR, #4202
MIAMI BEACH, FL 33139

SHANGHAI BLUE CLOUD (21 VIANET)
NO.10 JIUXIANQIAO EAST ROAD, CHAOYANG DISTRIC
BEIJING, CHINA

THE HARTFORD
8711 UNIVERSITY EAST DRIVE
CHARLOTTE, NC 28213

DANIEL BERNARDI
1025 MAXWELL LANE APT 1003
HOBOKEN, NJ 07030

EUGENE C. JOHNSON
5525 CHAMBERLAIN AVE
BETHESDA, MD 20815

JOHN MAGLADERY
7516L HIRONDELLE CLUB RD
TOWSON, MD 21204

KELVIN CLARKE
8612 BEECH TREE ROAD
BETHESDA, MD 20817

LEVY STOPOL AND CAMELO LLP
1425 RXR PLAZA
UNIONDALE, NY 11556

MATHEW WAYLAND AND DAMIANI & DAMIANI
604 CAMERON STREET
ALEXANDRIA, VA 22314

PAUL LIT
500 S CORONA STREET
DENVER, CO 80209

ROBERT G HISAOKA
1175 ORLO DR
MCLEAN, VA 22102

SCOTT SAUNDERS
4100 BROMLEY LANE
RICHMOND, VA 23221

TETZLAFF LAW OFFICES LLC
227 W MONROE STREET
CHICAGO, IL 60606

TODD R. WINCUP
1406 30TH STREET
WASHINGTON, DC 20007

WHITE OAK GLOBAL ADVISORS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

YVONNE BENTO KESSER
4000 MASSACHUSETTS AVE #1437
WASHINGTON, DC 20016

BANK OF AMERICA, N.A.
P.O. BOX 15284
WILMINGTON, DE 19850

JPMORGAN CHASE BANK, N.A.
P.O. BOX 182051
COLUMBUS, OH 43218-2051

M&T BANK
1025 HERNDON PARKWAY
HERNDON, VA 20170

BALANCE POINT CAPITAL
285 RIVERSIDE AVE #200
WESTPORT, CT 06880

GRANT THORNTON LLP
171 N CLARK ST
CHICAGO, IL 60601

JPMORGAN CHASE BANK, N.A.
237 PARK AVE
FLOOR 06
NEW YORK, NY 10017-3140

STEPHENS INC
111 CENTER STREET
LITTLE ROCK, AR 72201

HORATIUS LLC
1025 MAXWELL LANE
APT 1003
HOBOKEN, NJ 07030

HURON CONSULTING GROUP
550 W. VAN BUREN STREET
CHICAGO, IL 60607

ANDREW JOHNSON
7354 HEATHERHILL COURT
BETHESDA, MD 20817

BRAD GANDEE
6813 OLD STONE FENCE RD
FAIRFAX STATION, VA 22039

CARNEVALE
ADDRESS UNKNOWN

CHRISTOPHER LETCHER
9413 BLACK HAWK CT
MANASSAS PARK, VA 20111

CINDY FLOWERS
19894 TELEGRAPH SPRINGS ROAD
PURCELLVILLE, VA 20132

DAN DIMARIA
ADDRESS UNKNOWN

DAVID KESICK
23154 HANWORTH STREET
ASHBURN, VA 20148

ERICK AASTAD
2311 PIMMIT DRIVE APT 117
FALLS CHURCH, VA 22043

FARHAN AHMAD
25561 GWYNNETH SQUARE
CHANTILLY, VA 20152

JOHN SUIT
6293 TWIN PONDS LN
MOUNT AIRY, MD 21771

KIMBERLY HWANG
25566 PALENZA TER
CHANTILLY, VA 20152

LES POTTER
ADDRESS UNKNOWN

LOUIS PIZZOLI
23412 SUMMERSTOWN PLACE
STERLING, VA 20166

MARK FILANOWICZ
15 CADBURY LN
SOUTH WINDSOR, CT 06074

MICHAEL TALDO
8206 PORTS LANE
FULTON, MD 20759

QI CHEN
13308 SCOTCH RUN CT
CENTREVILLE, VA 20120

SAFIULLAH HAMEED
2320 DULLES STATION BLVD APT 1134
HERNDON, VA 20171

SUNIL CHANDRA
1003 ADA ROAD
MARSHALL, VA 20115

VINH LUONG
ADDRESS UNKNOWN

YANG LI
7713 LAFAYETTE FOREST DRIVE #24
ANNANDALE VA 22003