# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Karen B. Owens

Courtroom

Calendar Date: 11/10/2020

Calendar Time: 01:00 PM ET

*Amended Calendar  Nov 10 2020  8:52AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10949259 | Joseph Falasco | (501) 554-1749 ext. | Quattlebaum, Grooms & Tull PLLC | Defendant(s), Stephens Inc. / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10950435 | Alan Albert | (804) 403-7144 ext. | O'Hagan Meyer PLLC | Co-Defendant(s), Thompson / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10951670 | David G. Barger | (302) 661-7000 ext. | Greenberg Traurig, LLP | Defendant(s), Nihat Cardak / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948986 | Joseph C. Barsalona, II | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Crystal Financial LLC / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948990 | Andrew Buxbaum | (804) 697-1436 ext. | Troutman Pepper LLP | Interested Party, Crystal Financial LLC / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10950461 | Nihat Cardak | (571) 484-8344 ext. | Nihat Cardak - In Pro Per/Pro Se | Creditor, Nihat Cardak / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10951485 | Kevin Collins | (302) 300-3434 ext. | Barnes & Thornburg LLP | Interested Party, Cumulus Investors, LLC / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948227 | Mark E. Felger | (302) 295-2087 ext. | Cozen O'Connor | Trustee, Special Counsel for Jeoffrey L Burtch / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10949232 | Stephanie Fox | (302) 299-0407 ext. | Maron Marvel Bradley Anderson & Tardy LLC | Defendant(s), Stephens Inc. / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948995 | Richard E. Hagerty | (202) 274-1910 ext. | Troutman Pepper LLP | Interested Party, Crystal Financial LLC / LIVE |
| | | GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948945 | Jarret P. Hitchings | (302) 657-4900 ext. | Duane Morris LLP | Defendant(s), Robert Hisaoka / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10949553 | Rebecca LeGrand | (202) 587-5725 ext. | LeGrand Law PLLC | Defendant(s), Daniel Bernardi / LIVE |
| GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10948953 | Christopher Mahoney | (202) 689-1900 ext. | Shapiro Lifschitz & Schram | Defendant(s), Robert Hisaoka / LIVE |
| GigaMedia Access Corporation | 19-12537 (20-50807) | Hearing | 10951619 | Samuel Moultrie | (302) 661-7390 ext. | Greenberg Traurig, LLP | Non-Party, Nihat Cardak / LIVE |