| EXHIBIT "A" |
| --- |
| |
| **IN RE:**       **GIGAMEDIA ACCESS CORPORATION** |
| **CASE NO.**     **CASE NO. 19-12537 (KBO)** |
| **SUBJECT:**     **OMNIBUS AVOIDANCE CLAIM SETTLEMENTS** |

| SETTLING PARTY | TRANSFER AMOUNT/ DEMAND AMOUNT | SETTLEMENT AMOUNT |
| --- | --- | --- |
| | | |
| John Shalam | $100,000 | $50,000 |
| Richard Cunningham | $50,000 | $47,500 |
| Scott Saunders | $72,875 | $8,500 |