# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GIGAMEDIA ACCESS CORPORATION, | § | Case No. 19-12537 (KBO) |
| | § | |
| Debtor. | § | Re: Docket No. 138 |

## CERTIFICATION OF COUNSEL

I, Gregory F. Fischer, counsel for Jeoffrey L. Burtch, in his capacity as the chapter 7 trustee (the "Trustee") in the above-captioned case, certify as follows:

1. On January 21, 2022, the Trustee filed his *First Omnibus Motion of Chapter 7 Trustee for an Order Approving Settlements of Certain Avoidance Claims Pursuant to Fed. R. Bankr. 9019* [Docket No. 138] (the "Motion").

2. Counsel received an informal response from counsel to the estate of Richard Cunningham, indicating that Exhibit A to the Motion erroneously stated a settlement amount of $47,500 in relation to adversary proceeding number 21-50478-KBO. The actual amount agreed to by the Trustee and Richard Cunningham to settle the matter is $45,000.

3. No objections have been filed to the relief requested in the Motion and no other changes are needed.

4. Attached hereto is a revised Exhibit A including the corrected amount for the settlement with Mr. Cunningham.

LEGAL\56205109\1

5. Counsel for the Trustee respectfully requests that the Court enter the Proposed Order as filed with the Motion at its earliest convenience.

Dated: February 2, 2022

COZEN O'CONNOR

*/s/ Gregory F. Felger*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2017

gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*