| **EXHIBIT "A"** |
| --- |
| |
| IN RE:     GIGAMEDIA ACCESS CORPORATION |
| CASE NO.     CASE NO. 19-12537 (KBO) |
| SUBJECT:     OMNIBUS AVOIDANCE CLAIM SETTLEMENTS |

| **SETTLING PARTY** | **TRANSFER AMOUNT/ DEMAND AMOUNT** | **SETTLEMENT AMOUNT** |
| --- | --- | --- |
| John Shalam | $100,000 | $50,000 |
| Richard Cunningham | $50,000 | $45,000 |
| Scott Saunders | $72,875 | $8,500 |