IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GIGAMEDIA ACCESS CORPORATION, | : | Case No. 19-12537 (KBO) |
| | : | |
| Debtor. | : | **D.I. 154** |
| | : | |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GIGAMEDIA ACCESS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT L. PRIDDY and RKP FAMILY 2015 TRUST, | : | Adv. Pro. No. 21-50365 (KBO) |
| | : | **D.I. 56** |
| TODD R. WINCUP, | : | Adv. Pro. No. 21-50886 (KBO) |
| | : | **D.I. 23** |
| Defendants. | : | |

**ORDER GRANTING THIRD OMNIBUS MOTION OF
CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING SETTLEMENTS
OF CERTAIN AVOIDANCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Trustee's Third Omnibus Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Settlements of Certain Avoidance Claims between Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor (the "Estate" of the "Debtor), on the one hand, and certain Settling Parties on the other hand (the "Motion")[1] the Bankruptcy Court being satisfied that the Settlements are fair and equitable settlements which meet or exceed the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the

---

[1] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

Estate and the Debtor's creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3. The Settlements identified on Exhibit "A" to the Motion are **APPROVED**.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements with the Settling Parties, including but not limited to execution of settlement agreements with the Settling Parties.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlements and/or this Order.

Dated: December 9th, 2022
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**