# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GIGAMEDIA ACCESS CORPORATION, | : | Case No. 19-12537 (KBO) |
| | : | |
| Debtor. | : | **Related D.I. 158, 159** |

### ORDER APPROVING FIRST INTERIM FEE AND EXPENSE APPLICATION OF COZEN O'CONNOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE

Upon consideration of the first interim fee and expense application of Cozen O'Connor ("Cozen"), retained by Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee"), for the allowance of interim compensation and reimbursement of expenses for the interim period December 5, 2019 through December 31, 2022 (the "Application"), all of the requirements of 11 U.S.C. §§ 327, 328, 330, and 331, Fed. R. Bankr. P. 2016 and L.R. 2016-1 appearing to have been met; the Court having requested that certain reductions be made and Cozen having agreed to make such reductions, the Court has determined that the fees and expenses incurred were reasonable and necessary and that notice of the Application was appropriate; and good cause appearing therefore;

IT IS HEREBY ORDERED that the Application is APPROVED;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, compensation in the amount of $666,741.50;

IT IS FURTHER ORDERED that Cozen is allowed, on an interim basis, the reimbursement of actual, reasonable and necessary expenses in the amount of $22,362.69; and

IT IS FURTHER ORDERED that the Trustee is authorized to remit payment in the amount of $689,104.19 to Cozen on account of such fees and expenses

**Dated: February 9th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**